UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TOBIAH NELSON ) | Case Number 3:13-cv-03854-JAP-DEA |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC. ) | |
| ) | |
| Defendant ) | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Tobiah Nelson, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice. Each party is responsible for their own attorney's fees and costs.

BY: /s/ *Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff
bvullings@vullingslaw.com
Vullings Law Group, LLC
3953 Ridge Pike, Ste. 102
Collegeville, PA 19426
610-489-6060

*So ordered*
[signature]

RECEIVED

AUG 27 2013

AT 8:30_____M
WILLIAM T. WALSH CLERK